Wayne PATTERSON, Plaintiff-Appellant,

v.

Lieutenant R. T. YEAGER, individually and in his official capacity, South Charleston Police; John Doe 1-7, seven unknown, individually and in their official capacities; Magistrate Julie Yeager; L. S. Thomas; R. P. McFarland, Defendants-Appellees,

and

City of South Charleston, West Virginia, a municipal corporation; Officer T. A. Bailes, individually and in his official capacity, South Charleston Police; Officer A R. Lindell, individually and in his official capacity, South Charleston Police, Defendants.

Wayne E. Patterson, Plaintiff-
Appellant,

v.

Lieutenant R. T. Yeager, individually
and in his official capacity, South
Charleston Police; John Does 1-7, sev-
en unknown, individually and in their
official capacities; Magistrate Julie
Yeager; L. S. Thomas; R. P. McFar-
land, Defendants-Appellees,

and .

City of South Charleston, West Virginia,
a municipal corporation; Officer T. A.
Bailes, individually and in his official
capacity, South Charleston Police; Of-
ficer A R. Lindell, individually and in
his official capacity, South Charleston
Police, Defendants.

No. 16-1243, No. 16-1350

United States Court of Appeals,
Fourth Circuit.

Submitted: April 18, 2017

Decided: June 8, 2017

Wayne E. Patterson, Appellant Pro Se.
Duane J. Ruggier, II, Drannon L. Adkins,
Marc Alexander Rigsby, PULLIN,
FOWLER, FLANAGAN, BROWN &
POE, PLLC, Charleston, West Virginia;
John Michael Hedges, HEDGES &
LYONS, PLLC, Morgantown, West Virgi-
nia, for Appellees.

Before KING, SHEDD, and HARRIS,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Wayne E. Patterson appeals the jury
verdict in Appellees' favor and the district
court's entry of final judgment on that
verdict, as well as the court's orders grant-
ing summary judgment in part and deny-
ing reconsideration. We have reviewed the
record* and find no reversible error in the
district court's orders granting summary
judgment and denying reconsideration. Ac-
cordingly, we grant Patterson leave to pro-
ceed in forma pauperis and affirm for the
reasons stated by the district court. *Pat-
terson v. Yeager*, No. 2:12-cv-01964, 2016
WL 8200506, 2016 WL 3091244 (S.D.W.
Va. Mar. 29, 2013; Feb. 11, 2016; Mar. 11,
2016; Mar. 15, 2016; Mar. 24, 2016).

Wayne also contends that the district
court erred in awarding costs to Appellees.
Although Appellees have presented a bill
of costs to the district court, the court has
not yet determined the amount of costs to
be paid by Wayne. Thus, Wayne's chal-
lenge to the award of costs is interlocu-
tory, and we dismiss this portion of the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

---

* We note that there is no transcript of the jury
trial in the record before us. We may author-
ize the preparation of a transcript at govern-
ment expense where the litigant' proceeds in
forma pauperis and shows the existence of a
substantial question for appeal. 28 U.S.C.
§ 753(f) (2012). After reviewing Patterson's

informal briefs and the record on appeal, we
conclude that Patterson has not raised a sub-
stantial question regarding the trial-related
issues he presents in his briefs. *See Handley v.
Union Carbide Corp.*, 622 F.Supp. 1065, 1066
(S.D.W. Va. 1985) (defining substantial ques-
tion).

714

No. 16-1243, AFFIRMED; No. 16-1350, AFFIRMED IN PART, DISMISSED IN PART